

US Bankruptcy Court,
Southern District of Mississippi
2012 15th Street Suite 244
Gulfport, MS 29501

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 1 5 2022
DANNY L. MILLER, CLERK
BY_____DEPUTY CLERK

Re: **Tristan Dale Brown, Case No.19-51856-KMS**

To Whom It May Concern:

This letter is to inform you that ETHIC, A Wealth Bank, F/K/A Admirals Bank has officially changed its name to "42 North Private Bank," effective August 1, 2022. As of that date, all billing and correspondence should be mailed to:

> 42 North Private Bank
> 935 Jefferson Blvd Ste 3003
> Warwick, RI 02886

Please update your records accordingly.

For proper routing, please include the bank department and contact name with whom you are conducting business. Thank you for your timely attention to this matter.

Sincerely,

Collections Department

935 Jefferson Blvd, Suite 3003 | Warwick, RI 02886 | 800.398.8472 | 42NorthPrivate.com



42 NORTH
PRIVATE BANK
935 Jefferson Blvd
Suite 3003
Warwick, RI 02886

RECEIVED
AUG 15 2022
U.S. Bankruptcy Court
Southern District of MS

PROVIDENCE RI 028
9 AUG 2022 PM 5 L
FIRST-CLASS

US POSTAGE ™ PITNEY BOWES
ZIP 02886
02 7H
0001233974
$ 000.57⁰
AUG 08 2022